Laura E. Duffy
United States Attorney
Alessandra P. Serano
Assistant U.S. Attorney
Cal. State Bar No. 204796
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-8104
Alessandra.p.serano@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12CR4832-JAH |
| Plaintiff, | |
| vs. | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| LARRY THOMAS, | |
| Defendant. | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, LAURA E. DUFFY, United States Attorney, and Alessandra P. Serano, Assistant United States Attorney, and defendant, Larry Thomas, through his counsel, Victor Pippins, hereby jointly move this court to continue the sentencing hearing currently scheduled for Monday, December 9, 2013, at 8:30 a.m. to Monday, February 24, 2014 at 8:30 a.m.

//

1

1 | The parties agree that time should be excluded for purposes of the Speedy
2 | Trial Act between December 9, 2013 and February 24, 2014 due to pending
3 | motions on file. A continuance is needed as a denial of a request may affect
4 | Defendant's sentence. Defendant is in custody.

Dated: December 3, 2013              Respectfully submitted,

                                     LAURA E. DUFFY
                                     United States Attorney

                                     _s/Alessandra P. Serano
                                     ALESSANDRA P. SERANO
                                     Assistant U.S. Attorney


Dated: December 3, 2013              _s/ Victor Pippins
                                     VICTOR PIPPINS
                                     Counsel for Defendant

|   |   |   |   |
|---|---|---|---|
| | UNITED STATES DISTRICT COURT | | |
| | SOUTHERN DISTRICT OF CALIFORNIA | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12CR4832-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Larry Thomas, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Joint Motion to Continue on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Victor Pippins, Esq.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 3, 2013

s/Alessandra P. Serano
ALESSANDRA P. SERANO