# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 12CR4832-JAH
                         )
vs                       )   ABSTRACT OF ORDER
                         )
Larry Dean Thomas, Jr.   )   Booking No. 35435298
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/27/15__
the Court entered the following order:

__✓__ Defendant be released from custody. at 9am on 2/27/15
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release.
__✓__ Defendant released on $ 50,000 P/S bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case dismissed.
_____ Case dismissed, charges pending in case no. _____
__✓__ Defendant to be released to Pretrial Services for electronic monitoring.
__✓__ Other. Please contact PTSO Kim Hazard (619) 807-2648

Mitchell D. Dembin
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

OR

Received _____   JOHN MORRILL         Clerk
            DUSM                by J. ROCHA
                                   Deputy Clerk

Crim-9  (Rev. 8-11)                                    ☆ U.S. GPO: 1996-783-398/40151